UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION



FILED
2009 NOV 30 PM 1:06
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-80643 |
| | ) | |
| JONES, GLADYS G. | ) | CHAPTER 7 |
| | ) | |
| Debtor (s) | ) | JUDGE MARILYN SHEA-STONUM |

## TRANSMITTAL OF UNCLAIMED FUNDS

ROBERT S. THOMAS, II, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such un-negotiated checks were issued, the amount of such check and their last known addresses are:

| Claim No. | Name and Address | Claim Amount | Dividend Amount |
|---|---|---|---|
| Surplus | Gladys G. Jones<br>2215 Pebble Cr. Dr., #107J<br>Twinsburg, OH 44087 | $129.91 | $129.91 |

*ck #106*
*receipt # 81090*

2. My Trustee's check for $129.91 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: November 23, 2009

ROBERT S. THOMAS, II
Trustee in Bankruptcy